| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Raymond Ballister Jr., Esq., SBN 111282 |
|   | Phyl Grace, Esq., SBN 171771 |
| 3 | Russell Handy, Esq., SBN 195058 |
|   | Dennis Price, Esq., SBN 279082 |
| 4 | 8033 Linda Vista Road, Suite 200 |
|   | San Diego, CA 92111 |
| 5 | (858) 375-7385 |
|   | (888) 422-5191 fax |
| 6 | phylg@potterhandy.com |

Attorneys for Plaintiff, GARY SCHERER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER, | Case No.: 2:20-CV-00282-AB-RAO |
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| v. | |
| ALFRED M. BERIDON, in individual and representative capacity as trustee of The Beridon Trust dated April 28, 1992; RHONDA R. BERIDON, in individual and representative capacity as trustee of The Beridon Trust dated April 28, 1992; TREVOR L. BERIDON; RYAN D. BERIDON; CANOGA PARK HAND CAR WASH, a California Corporation ; and Does 1-10, | |
| Defendants. | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

Dated: March 08, 2020        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff