JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED M. BERIDON, in individual and representative capacity as trustee of The Beridon Trust dated April 28, 1992; RHONDA R. BERIDON, in individual and representative capacity as trustee of The Beridon Trust dated April 28, 1992; TREVOR L. BERIDON; RYAN D. BERIDON; CANOGA PARK HAND CAR WASH, a California Corporation; and Does 1-10,<br><br>Defendants. | Case No. CV 20-00282-AB (RAOx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-

1.

open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 11, 2020  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE