CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Lockhart Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER,<br><br>　　　Plaintiff,<br>　v.<br><br>ALFRED M. BERIDON, in individual and representative capacity as trustee of The Beridon Trust dated April 28, 1992; RHONDA R. BERIDON, in individual and representative capacity as trustee of The Beridon Trust dated April 28, 1992; TREVOR L. BERIDON; RYAN D. BERIDON; CANOGA PARK HAND CAR WASH, a California Corporation ; and Does 1-10,<br><br>　　　Defendants. | **Case:** 2:20-CV-00282-AB-RAO<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff GARY SCHERER, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants ALFRED M. BERIDON, in individual and representative capacity as trustee of The Beridon Trust dated April 28, 1992; RHONDA R. BERIDON, in individual and representative capacity as trustee of The Beridon Trust dated April 28, 1992; TREVOR L. BERIDON; RYAN D. BERIDON and CANOGA PARK HAND CAR WASH, a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion

for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 03, 2020         CENTER FOR DISABILITY ACCESS
                             By: /s/ Amanda Lockhart Seabock
                                 Amanda Lockhart Seabock
                                 Attorneys for Plaintiff

Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)